IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Safegate Airport Systems, Inc., a Minnesota corporation; and Safegate International AB, a corporation of Sweden,<br><br>    Plaintiffs/Counterdefendants,<br><br>v.<br><br>RLG Docking Systems, Inc., an Arizona corporation; and Robert L. Gaugenmaier, individually,<br><br>    Defendants/Counterclaimants. | No. CV-13-00567-PHX-GMS<br><br>**ORDER** |

Based on the parties' Stipulation for Dismissal (Doc. 158), and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. This Court has jurisdiction over all the named parties and the subject matter of this action, and venue is properly laid in this District.

2. Pursuant to Fed. R. Civ. P. 41(a), all claims and counterclaims in this action are hereby dismissed with prejudice.

3. This Court shall retain exclusive jurisdiction and venue over any action to resolve any dispute arising from or related to the terms and conditions of the Settlement Agreement between the Parties to this Action, including without limitation to enforce the Settlement Agreement.

///

4.    Each Party shall bear its own attorneys' fees and costs.

Dated this 20th day of July, 2015.

_____
Honorable G. Murray Snow
United States District Judge